UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ricky C. York**                         **Docket No. 5:19-CR-418-1D**

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ricky C. York, who, upon an earlier plea of guilty to Possession of Child Pornography, was sentenced by the Honorable William S. Duffy, Jr. (Northern District of Georgia), on December 20, 2011, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 180 months.

Ricky C. York was released from custody on November 23, 2016, and began his supervision in the Eastern District of North Carolina. On October 11, 2019, jurisdiction was transferred to the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Within the past year, the defendant's financial situation has changed due to employment changes. As a result of these changes, the defendant is not able to afford the payment set forth in the Judgment and Commitment - Restitution section: "monthly rate of $150, plus 25% of gross income in excess of $2,300 per month." As a result of his financial struggles, we recommend his required payment amount be reduced to at least $50 per month.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall make monthly payments of at least $50 per month toward the restitution.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8665<br>Executed On: June 11, 2021 |

Ricky C. York
Docket No. 5:19-CR-418-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __14__ day of __June__, 2021, and ordered filed and made a part of the records in the above case.

_____/s/ Dever_____